IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| MARIO DE LOS SANTOS, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-00033-C |
| STATE OF TEXAS, | § | |
| Respondent. | § | |

### DEFICIENCY ORDER

Petitioner has filed his Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. It has been determined that Petitioner did not pay the filing fee of $5.00, nor did he file an application to proceed *in forma pauperis* and a certificate of his inmate trust account.

It is, therefore, ORDERED that Petitioner shall pay the $5.00 filing fee or file an application to proceed *in forma pauperis* and a certificate of his inmate trust account within thirty (30) days from the date of this Order.

Failure to comply with this Order may result in the dismissal of this action without further notice.

The Clerk shall mail to Petitioner an Application to Proceed *in Forma Pauperis*. It will be Petitioner's responsibility to obtain a Certificate of Inmate Trust Account from the unit of his incarceration.

Dated August 6, 2018.

SAM R. CUMMINGS
Senior United States District Judge